In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-18-00355-CV
_____

AMY ANNE SHOULDICE, Appellant

V.

CHRISTINE ELIZABETH VAN HAMERSVELD AND JOHN D.
THOMPSON JR., Appellees

On Appeal from the County Court at Law No. 2
Montgomery County, Texas
Trial Cause No. 17-35611-P

**ORDER**

On February 21, 2019, we dismissed this appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b), 42.3. The appellant, Amy Anne Shouldice, subsequently filed a motion for rehearing. *See* Tex. R. App. P. 49.1. The reporter's record (10 volumes) was filed March 12, 2019. The clerk's record (1 volume) was filed March 18, 2019, and supplemental clerk's records were filed March 20, 2019 (1 volume)

1

and March 25, 2019 (1 volume). On March 18, 2019, the appellees, Christine Elizabeth Van Hamersveld and John D. Thompson Jr., filed a response to the motion for rehearing and amended their response on March 20, 2019. *See* Tex. R. App. P. 49.2.

The motion for rehearing filed by the appellant on March 8, 2019, is granted. Tex. R. App. P. 49.3. We withdraw our Opinion of February 21, 2019, and the judgment entered thereon the same date. We reinstate the appeal on the Court's docket. The brief of the appellant is due **Thursday, April 25, 2019**.

ORDER ENTERED March 26, 2019.

PER CURIAM

Before McKeithen, C.J., Kreger, and Johnson, JJ.